1  Sarah E. Barrows (SBN 253278)
   J. Blake Cunningham (SBN 261559)
   GREENBERG TRAURIG, LLP
2  Four Embarcadero Center, Suite 3000
   San Francisco, CA 94111
3  Telephone: (415) 655-1300
   Facsimile: (415) 707-2010
4  Email: barrowss@gtlaw.com

5  *Attorneys for Defendant and Counterclaimant*
   GMI USA CORP.
6
7  GARNER K. WENG, SBN 191462
   gweng@hansonbridgett.com
8  LAWRENCE M. CIRELLI, SBN 114710
   lcirelli@hansonbridgett.com
9  CHRISTOPHERS. WALTERS, SBN 267262
   cwalters@hansonbridgett.com
10 425 Market Street, 26th Floor
   San Francisco, California 94105
11 Tel: (415) 777-3200
   Fax: (415) 541-9366

12 *Attorneys for Plaintiff and Counterdefendant*
   Rocket Dog Brands, LLC

13

14

15                    **UNITED STATES DISTRICT COURT**

16               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

18

| | |
|---|---|
| 19  ROCKET DOG BRANDS, LLC, a Delaware limited liability company, | CASE NO.  C12-4643 SI |
| 20        Plaintiff, | **[PROPOSED] ORDER EXTENDING THE TIME TO COMPLETE THE MANDATORY SETTLEMENT CONFERENCE TO MAY 22, 2013** |
| 21        v. | |
| 22  GMI CORPORATION, a New York corporation, | Hon. Judge Susan Y. Illston |
| 23        Defendants. | |

24

25

26

27

28

1  Pursuant to the stipulation of the parties and good cause appearing therefor,

2  **IT IS HEREBY ORDERED** that the deadline to complete a mandatory settlement
3  conference in Case No. C12-4634-SI, previously set for April 12, 2013, is hereby extended to
4  May 22, 2013.

5

6  Dated: _____3/13/13_____

7  _____
8  Honorable Susan Y. Illston
   Judge of the United States District Court,
9  Northern District of California