HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff
ROCKET DOG BRANDS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GMI CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO. C12-4643 SI<br><br>**[PROPOSED] ORDER ON STIPULATION AND REQUEST TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES** |

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadlines to extend dates in Case No. C12-4643-SI, are hereby re-set as follows:

| EVENT | DATE (and time if applicable) |
|---|---|
| FURTHER CASE MANAGEMENT | 06/14/13 at 3 p.m. |
| NON-EXPERT DISCOVERY CUTOFF | 08/09/13 |
| DESIGNATION OF EXPERTS | 08/30/12 |
| REBUTTAL EXPERTS | 09/20/13 |
| EXPERT DISCOVERY CUTOFF | 10/11/13 |

| DISPOSITIVE MOTIONS FILING DEADLINE | 11/01/13 |
|---|---|
| OPPOSITION TO DISPOSITIVE MOTIONS | 11/22/13 |
| REPLY ON DISPOSITIVE MOTIONS | 12/13/13 |
| LAST DAY TO HEAR DISPOSITIVE MOTIONS | 12/20/13 at 9:00 a.m. |
| PRETRIAL CONFERENCE        1/21/14 | ~~01/20/13~~ at 3:30 p.m. |
| TRIAL | 02/03/14 at 8:30 a.m. |

All other provisions of the Court's January 22, 2013 Pretrial Preparation Order shall remain in effect.

Dated:  April  15, 2013

Hon. Susan Y. Illston
Judge of the United States District Court,
Northern District of California

ORDER ON STIPULATION EXTENDING DATES