Sarah E. Barrows (SBN 253278)
J. Blake Cunningham (SBN 261559)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010
Email: barrowss@gtlaw.com

*Attorneys for Defendant and Counterclaimant*
GMI USA CORP.

[JOINT FILING - SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GMI CORPORATION, a New York corporation,<br><br>Defendants. | CASE NO.  C12-4643 SI<br><br>**STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE TO JULY 19, 2013**<br><br>Hon. Judge Susan Y. Illston |

## **STIPULATION**

This stipulation is made between Plaintiff Rocket Dog Brands, LLC ("Rocket Dog") and Defendant GMI-USA Corporation ("GMI"), by and through their respective counsel.  The parties herein agree and stipulate as follows:

STIPULATION CONTINUING                                                                                      CASE NO. C12-4643 SI
CASE MANAGEMENT CONFERENCE

*5173333.1*

1. On or about January 22, 2013, this Court issued a minute order following the initial Case Management Conference in this matter. The order referred this case to a magistrate judge for settlement purposes.

2. On or about February 8, 2013 this Court issued a Notice of Settlement Conference and Settlement Conference Order that scheduled a mandatory settlement conference before Magistrate Judge Nandor J. Vadas.

3. On May 22, 2013 Rocket Dog and GMI participated in the mandatory settlement conference with Magistrate Judge Vadas. Though the parties did not reach a final settlement on that date, the parties agreed that further efforts towards settlement may be fruitful. Accordingly, a follow-up telephonic status conference was scheduled with Magistrate Judge Vadas for June 25, 2013 for the purpose of possibly setting a second settlement conference date, and the parties agreed to exchange information and work on narrowing key settlement issues before the June 25, 2013 conference.

4. The June 25, 2013 date falls after the currently scheduled June 14, 2013 case management conference. The parties feel that it would be preferable and more efficient for the Court and the parties to hold the case management conference after the June 25, 2013 settlement status conference. Accordingly, pursuant to local civil rules 6-2 and 7-12, the parties respectfully make this stipulated request to change the time that would affect a deadline already fixed by this Court, and specifically hereby request an continuation of the further case management conference until July 19, 2013.

IT IS HERBY STIPULATED by and between the parties to the above-entitled action, through their respective counsel, that the further case management conference be continued until July 19, 2013.

-2-

STIPULATION CONTINUING
CASE MANAGEMENT CONFERENCE

CASE NO. C12-4643 SI

5173333.1

| | | |
|---|---|---|
| 1 | DATED: June 5, 2013 | GREENBERG TAURIG, LLP |
| 2 | | |
| 3 | | By: /s/ *Sarah E. Barrows* |
| 4 | | Sarah E. Barrows (SBN 253278) |
| | | barrows@gtlaw.com |
| 5 | | J. Blake Cunningham (SBN 261559) |
| | | cunninghamb@gtlaw.com |
| 6 | | GREENBERG TRAURIG, LLP |
| | | 4 Embarcadero Center, Suite 3000 |
| 7 | | San Francisco, CA 94111-5983 |
| | | Tel: (415) 655-1300 |
| 8 | | Fax: (415) 707-2010 |
| 9 | | |
| 10 | | *Attorneys for Defendant and Counterclaimant* |
| | | GMI USA CORP. |
| 11 | | |
| 12 | DATED: June 5, 2013 | HANSON BRIDGETT, LLP |
| 13 | | |
| 14 | | By: /s/ *Christopher S. Walters* |
| 15 | | GARNER K. WENG, SBN 191462 |
| | | gweng@hansonbridgett.com |
| 16 | | LAWRENCE M. CIRELLI, SBN 114710 |
| | | lcirelli@hansonbridgett.com |
| 17 | | CHRISTOPHER S. WALTERS, SBN 267262 |
| 18 | | cwalters@hansonbridgett.com |
| | | 425 Market Street, 26th Floor |
| 19 | | San Francisco, California 94105 |
| | | Tel: (415) 777-3200 |
| 20 | | Fax: (415) 541-9366 |
| 21 | | |
| | | *Attorneys for Plaintiff and Counterdefendant* |
| 22 | | Rocket Dog Brands, LLC |

-3-

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE                         CASE NO. C12-4643 SI

*5173333.1*

**ATTESTATION CLAUSE**

I, Sarah E. Barrows, am the ECF User whose ID and password are being used to file this STIPULATION CONTINUING FRUTEHR CASE MANAGEMENT CONFERENCE TO JULY 19, 2013.  In compliance with General Order 45, X.B., I hereby attest that Christopher Walters, attorney at Hanson Bridgett LLP, concurred in this filing.

Dated:  June 5, 2013

> GREENBERG TRAURIG, LLP
>
> By: /s/ *Sarah E. Barrows*
>      Sarah E. Barrows

-4-

STIPULATION CONTINUING
CASE MANAGEMENT CONFERENCE

CASE NO. C12-4643 SI

*5173333.1*

Sarah E. Barrows (SBN 253278)
J. Blake Cunningham (SBN 261559)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: barrowss@gtlaw.com

*Attorneys for Defendant and Counterclaimant*
GMI USA CORP.

GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Tel: (415) 777-3200
Fax: (415) 541-9366

*Attorneys for Plaintiff and Counterdefendant*
Rocket Dog Brands, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>GMI CORPORATION, a New York corporation,<br><br>    Defendants. | CASE NO. C12-4643 SI<br><br>**[~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE TO JULY 19, 2013**<br><br>Hon. Judge Susan Y. Illston |

1  Pursuant to the stipulation of the parties and good cause appearing therefor,

2  **IT IS HEREBY ORDERED** that the case management conference in Case No. C12-4634-SI, previously set for June 14, 2013, is hereby continued to July 19, 2013 at 3:00 p.m. The parties shall submit an updated Joint Case Management Statement on or before July 12, 2013.

Dated: 6/11/13

_____
Honorable Susan Y. Illston
Judge of the United States District Court,
Northern District of California

-1-

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          CASE NO. C12-4643 SI

5173362.1