HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff
ROCKET DOG BRANDS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>GMI CORPORATION, a New York corporation,<br><br>            Defendant. | CASE NO. C12-4643 SI<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

Pursuant to the stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Telephonic Status Conference in Case No. C12-4634-SI, previously set for June 25, 2013, is hereby continued to July 9, 2013 at 1:00 p.m.

Dated: June 25, 2013         _____

Honorable Nandor J. Vadas
Magistrate Judge of the United States District Court, Northern District of California