# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GMI CORPORATION, a New York corporation,<br><br>Defendants. | CASE NO. C12-4643 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY DUE JULY 1, 2013**<br><br>The Honorable Susan Ilston |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED THAT** Defendant GMI USA Corp.'s *ex parte* application for an extension of time to respond to discovery due July 1, 2013 is granted and the deadline for Defendant GMI USA Corp. to respond to discovery propounded by Plaintiff Rocket Dog Brands, LLC. on May 17, 2013 is extended from July 1, 2013 to July 15, 2013.

Dated: _____                    _____
                                          Honorable Susan Ilston
                                          United States District Court Judge,
                                          Northern District of California