IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, | No. C 12-4843 SI |
| Plaintiff, | **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO DISCOVERY** |
| v. | |
| GMI CORPORATION, | |
| Defendant. / | |

Based on defendant's request, and for good cause shown, defendant's time to respond to plaintiff's currently outstanding discovery is extended to July 12, 2013.

**IT IS SO ORDERED**.

Dated: July 1, 2013

_____
SUSAN ILLSTON
United States District Court