| | |
|---|---|
| 1 | SARAH E. BARROWS (SBN 253278) |
| 2 | barrowss@gtlaw.com<br>GREENBERG TRAURIG, LLP |
| 3 | Four Embarcadero Center, Suite 3000<br>San Francisco, CA 94111 |
| 4 | Telephone:  (415) 655-1300<br>Facsimile:  (415) 707-2010 |

*Attorneys for Defendant and Counterclaimant*
GMI USA CORPORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>       v.<br><br>GMI CORPORATION, a new York corporation,<br><br>       Defendants. | CASE NO.   3:12-cv-04643-SI<br><br>**[PROPOSED] ORDER GRANTING GMI USA CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Susan Illston |

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and after reading the parties' briefs and all other matters presented to the Court, and hearing argument, hereby grants Defendant GMI USA Corp.'s Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   _____, 2013        _____
                                                Honorable Susan Illston
                                                United States District Judge,
                                                Northern District of California

DATED:   July 12, 2013                          GREENBERG TRAURIG, LLP

By:   /s/ *Sarah Barrows*
SARAH E. BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Tel: (415) 655-1300
Fax: (415) 707-2010

*Attorneys for Defendant*
GMI USA CORPORATION