SARAH E. BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010

*Attorneys for Defendant and Counterclaimant*
GMI USA CORPORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>GMI CORPORATION, a new York corporation,<br><br>    Defendants. | CASE NO.   3:12-cv-04643-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>The Honorable Susan Illston |

**[PROPOSED] ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and after reading the parties' briefs and all other matters presented to the Court, and hearing argument, hereby grants Defendant GMI USA Corp.'s Motion to Stay Discovery. Discovery in this matter is hereby stayed pending the Court's decision on Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: _____, 2013        _____

Honorable Susan Illston
United States District Judge,
Northern District of California

| | | |
|---|---|---|
| 1 | DATED: July 12, 2013 | GREENBERG TRAURIG, LLP |
| 2 | | |
| 3 | | By: ___/s/ Sarah Barrows_____ |
| | | SARAH E. BARROWS (SBN 253278) |
| | | barrowss@gtlaw.com |
| 4 | | GREENBERG TRAURIG, LLP |
| | | 4 Embarcadero Center, Suite 3000 |
| 5 | | San Francisco, CA 94111-5983 |
| | | Tel: (415) 655-1300 |
| 6 | | Fax: (415) 707-2010 |
| 7 | | *Attorneys for Defendant* |
| | | GMI USA CORPORATION |

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO STAY DISCOVERY

Case No.: 3:12-cv-04643-SI