IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GMI CORPORATION,<br><br>　　　　　Defendant.<br>_____/ | Case No. C 12-4643 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANT'S MOTION TO SHORTEN TIME; DENYING DEFENDANT'S MOTION TO STAY DISCOVERY** |

　　　　On July 12, 2013, defendant filed a motion for summary judgment and noticed the motion for a hearing on August 16, 2013. Plaintiff filed a motion to enlarge the briefing on defendant's motion, requesting an additional two weeks to file an opposition to the motion, and seeking a new hearing date of September 6, 2013. The Court finds that plaintiff has shown good cause for an extension, GRANTS plaintiff's motion, and sets the following schedule on defendant's motion for summary judgment: opposition due August 9, 2013; reply due August 23, 2013; hearing at 9:00 am on September 6, 2013.

　　　　Defendant has filed a motion to stay discovery, as well as a motion to shorten time on the motion to stay. Defendant asserts that discovery should be stayed because its pending motion for summary judgment is based on undisputed facts and a stay of discovery will promote judicial efficiency and economy. Plaintiff opposes a stay of discovery[1] for a number of reasons, including its assertion that it

---

[1] Plaintiff set forth its position on defendant's stay motion in the parties' July 12, 2013 joint case management conference statement.

needs discovery in order to oppose defendant's motion for summary judgment. The Court has reviewed defendant's stay motion and finds that defendant has not shown that a stay of discovery is appropriate, and thus the Court does not require full briefing or argument on that motion. The Court DENIES defendant's motion for a stay of discovery and DENIES defendant's motion to shorten time.

This order resolves Docket Nos. 50, 51 and 52.

**IT IS SO ORDERED.**

Dated: July 24, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE