**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>GMI CORP.,<br><br>      Defendant.<br>                                                           / | No. C 12-4643 SI<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

On July 19, 2013, defendant filed an administrative motion to file documents under seal. Docket No. 48. Defendant's motion was filed pursuant to Civil Local Rule 79-5(d), "Filing a Document Designated Confidential by Another Party." That rule provides,

> If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule. If only a portion of the document, memorandum or other filing is sealable, the submitting party must also lodge with the Court a redacted version of the document, memorandum or other filing to be placed in the public record if the Court approves the requested sealing order. Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

Civ. Local Rule 79-5(d).

Plaintiff has not filed a declaration establishing that the designated information is sealable, and thus pursuant to Civil Local Rule 79-5(d), the proposed under seal filings shall be made part of the public record. Accordingly, the Court DENIES defendant's administrative motion to file under seal.

**IT IS SO ORDERED.**

Dated: July 31, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE