HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff
ROCKET DOG BRANDS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ROCKET DOG BRANDS, LLC, a Delaware limited liability company,

Plaintiff,

v.

GMI CORPORATION, a New York corporation,

Defendant.

CASE NO. C12-4643 SI

**[~~PROPOSED~~] ORDER ON STIPULATION AND REQUEST TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES**

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadlines to extend dates in Case No. C12-4643-SI, are hereby re-set as follows:

| EVENT | DATE (and time if applicable) |
| --- | --- |
| Non-Expert Discovery Cutoff | 03/28/14 |
| Designation of Experts | 04/18/14 |
| Rebuttal Expert Reports | 04/28/14 |
| Expert Discovery Cutoff | 05/16/14 |
| Dispositive Motions to be Filed | 05/23/14 |

| Oppositions to Dispositive Motions | 06/06/14 |
| --- | --- |
| Reply Dispositive Motions | 06/13/14 |
| Pre-Trial Conference | 07/22/14 at 3:30 p.m. |
| Trial | 08/04/14 at 8:30 a.m. |

HEARING: 6/27/14 AT 9:00 A.M.

All other provisions of the Court's July 23, 2013 Pretrial Preparation Order shall remain in effect.

Dated: \_\_\_\_\_11/14\_\_\_\_\_, 2013

*[signature: Susan Illston]*

Hon. Susan Y. Illston
Judge of the United States District Court,
Northern District of California