HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff
ROCKET DOG BRANDS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROCKET DOG BRANDS, LLC, a Delaware limited liability company, Plaintiff, v. GMI CORPORATION, a New York corporation, Defendant. | CASE NO. C12-4643 SI <br><br> [PROPOSED] ORDER ON STIPULATION AND REQUEST TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES |
|---|---|

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadlines to extend dates in Case No. C12-4643-SI, are hereby re-set as follows:

| EVENT | DATE (and time if applicable) |
|---|---|
| Non-Expert Discovery Cutoff | 08/29/14 |
| Designation of Experts | 09/19/14 |
| Rebuttal Expert Reports | 09/29/14 |
| Expert Discovery Cutoff | ~~10/17/14~~  10/10/14 |
| Dispositive Motions to be Filed | ~~10/24/14~~  10/17/14 |

| | |
|---|---|
| Oppositions to Dispositive Motions | ~~11/07/14~~ 10/31/14 |
| Reply Dispositive Motions | ~~11/14/14~~ 11/7/14 |
| Hearing on Dispositive Motions | 11/14/14 ~~11/21/14~~ at 9:00 a.m. |
| Pre-Trial Conference | 12/02/14 at 3:30 p.m. |
| Trial | 12/15/14 at 8:30 a.m. |

All other provisions of the Court's July 23, 2013 Pretrial Preparation Order shall remain in effect.

Dated: __3/27__, 2014

_/s/ Susan Illston_
Hon. Susan Y. Illston
Judge of the United States District Court,
Northern District of California