HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff
ROCKET DOG BRANDS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>GMI CORPORATION, a New York corporation,<br><br>    Defendant. | CASE NO. C12-4643 SI<br><br>**[PROPOSED]** ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE |

Pursuant to the stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the further Settlement Conference in Case No. C12-4634-SI, previously set for July 16, 2014, is hereby continued to October 6, 2014 at 11 a.m.

Dated: July 14, 2014

_____
Honorable Nandor J. Vadas
Magistrate Judge of the United States District Court, Northern District of California