```
HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff
ROCKET DOG BRANDS, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>GMI CORPORATION, a New York corporation,<br><br>        Defendant. | CASE NO. C12-4643 SI<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION AND REQUEST TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES** |

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadlines to extend dates in Case No. C12-4643-SI, are hereby re-set as follows:

| EVENT | DATE (and time if applicable) |
|---|---|
| Non-Expert Discovery Cutoff | 12/12/14 |
| Designation of Experts | 01/09/15 |
| Rebuttal Expert Reports | 01/23/15 |
| Expert Discovery Cutoff | 02/06/15 |
| Dispositive Motions to be Filed | 02/13/15 |

| | |
|---|---|
| Oppositions to Dispositive Motions | 02/27/15 |
| Reply Dispositive Motions | 03/06/15 |
| Hearing on Dispositive Motions | 03/13/15 at 9:00 a.m. |
| Pre-Trial Conference | 04/28/15 at 3:30 p.m. |
| Trial | 05/11/15 at 8:30 a.m. |

All other provisions of the Court's July 23, 2013 Pretrial Preparation Order shall remain in effect.

Dated: 7/30, 2014

_____
Hon. Susan Y. Illston
Judge of the United States District Court,
Northern District of California