UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROCKET DOG BRANDS, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GMI CORPORATION,<br><br>　　　　Defendants. | Case No. 12-cv-04643-SI (NJV)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND SETTING SCHEDULING CONFERENCE** |

This case has been referred to the undersigned for settlement. (Doc. 24.) On October 22, 2013, the court held a scheduling conference in this case, setting a further settlement conference for December 23, 2013. (Doc. 79.) On November 8, 2013, the parties filed a joint stipulation to continue the further settlement conference to February 13, 2014, based on the alleged unavailability of the client representative for Rocket Dog. (Doc. 80.) The court granted the stipulation. (Doc. 81.)

In a status conference on February 12, 2014, Defense counsel represented to the court that his client with settlement authority was impacted by inclement weather and was likely to be unable to travel from New York to attend the settlement conference. (Doc. 85.) The settlement conference was reset for April 15, 2014. *Id*.

At the parties' request, on March 7, 2014, the settlement conference set for April 15, 2014, was reset for July 16, 2014. (Doc. 87.)

On July 14, 2014, the parties filed a stipulation to continue the settlement conference due to the alleged unavailability of Rocket Dog's representative. (Doc. 92.) The court granted the stipulation and the settlement conference was continued to October 6, 2014. (Doc. 93.)

Defense counsel has now represented to the court that their client representative is unavailable to attend the settlement conference on October 6, 2014. Based on this alleged unavailability, the settlement conference set for October 6, 2014, is HEREBY VACATED.

A telephonic scheduling conference is HEREBY SET for October 21, 2014, at 1:00 pm. The parties shall attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: October 3, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge