SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010

*Attorneys for Defendant
GMI Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GMI CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO. C12-4643 SI<br><br>[~~PROPOSED~~] ORDER ON STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE |

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadlines to extend dates in Case No. C12-4643-SI, are hereby re-set as follows:

| Case Event | 7/30/14 Order Dkt. # 96 | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | 12/12/14 | 04/30/15 |
| Designation of Experts | 01/09/15 | 05/29/15 |
| Rebuttal Expert Reports | 01/23/15 | 06/12/15 |

| | | |
|---|---|---|
| Expert Discovery Cutoff | 02/06/15 | 06/26/15 |
| Dispositive Motions to be Filed | 02/13/15 | 07/02/15 |
| Oppositions to Dispositive Motions | 02/27/15 | 07/17/15 |
| Reply Dispositive Motions | 03/06/15 | 07/24/15 |
| Hearing on Dispositive Motions | 03/13/15 at 9:00 a.m. | 08/07/15 @ 9 A.M. ~~07/31/15~~ (if Court can accommodate) |
| Pre-Trial Conference | 04/28/15 at 3:30 p.m. | 09/~~18~~22/15 (if Court can accommodate) @ 3:30 P.M. |
| Trial | 05/11/15 at 8:30 a.m. | 10/05/15 (if Court can accommodate) |

oRDERED, as amended. No Further extensions anticipated.

IT IS SO ~~STIPULATED~~.

DATED: October 28, 2014

_____
Hon. Susan Y. Illston
Judge of the United States District Court,
Northern District of California

-2-   C12-4643 SI
[PROPOSED] ORDER ON STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE