1  HANSON BRIDGETT LLP
   GARNER K. WENG, SBN 191462
2  gweng@hansonbridgett.com
   LAWRENCE M. CIRELLI, SBN 114710
3  lcirelli@hansonbridgett.com
   CHRISTOPHER S. WALTERS, SBN 267262
4  cwalters@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:   (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Plaintiff
   ROCKET DOG BRANDS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GMI CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO. C12-4643 SI<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION TO VACATE TRIAL DATE PURSUANT TO SETTLEMENT** |
|---|---|

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the trial date of October 5, 2015 and all pre-trial deadlines set in this Court's October 28, 2014 Order (Dkt. No. 100) are vacated and a further case management conference is set for May ~~22~~ 29, 2015 at 3:00 p.m.

IT IS SO ORDERED.

Dated: 3/19/15            By: /s/ Susan Illston
                              Hon. Susan Y. Illston
                              Judge of the United States District Court,
                              Northern District of California

11004742.1

-1-                                                                C12-4643 SI
ORDER ON STIPULATION TO VACATE TRIAL DATE PURSUANT TO SETTLEMENT