SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010

*Attorneys for Defendant*
*GMI Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET DOG BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GMI CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO. C12-4643 SI<br><br>[~~PROPOSED~~] ORDER ON STIPULATION AND REQUEST TO RESCHEDULE CONTINUING CASE MANAGEMENT CONFERENCE FROM JUNE 19, 2015 to JUNE 26, 2015 OR JULY 10, 2015 |

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the continuing case management conference currently schedule to take place on June 19, 2015 is now rescheduled to occur on June 26, 2015, or July 10, 2015, subject to the availability of the Court.

IT IS SO ORDERED.

DATED: 5/26/15 _____

_____
Hon. Susan Y. Illston
Judge of the United States District Court,
Northern District of California

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **4 Embarcadero Center, Suite 3000, San Francisco, California 94111**.

On the date given below, I served the foregoing **[PROPOSED] ORDER ON STIPULATION AND REQUEST TO RESCHEDULE CONTINUING CASE MANAGEMENT CONFERENCE FROM JUNE 19, 2015 to JUNE 26, 2015 OR JULY 10, 2015** on the interested parties in this action as follows:

*Plaintiff*
**ROCKET DOG BRANDS, LLC**

Garner K. Weng
Lawrence M. Cirelli
Christopher S. Walters
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
gweng@hansonbridgett.com
lcirelli@hansonbridgett.com
cwalters@hansonbridgett.com

☒ **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

☐ **(STATE)**
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 26, 2015, at San Francisco, California.

By: */s/ Sharon J. Skandalaris*
Sharon J. Skandalaris