UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROCKET DOG BRANDS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>GMI CORPORATION,<br><br>    Defendants. | Case No.  12-cv-04643 SI  (NJV)<br><br>**ORDER VACATING SETTLEMENTCONFERENCE**<br><br>Re: Dkt. No. 114 |

Pursuant to the stipulation of the parties, the settlement conference scheduled in this case for June 24, 2015, is HEREBY VACATED. The parties are directed to contact the court should they wish to participate in a further settlement conference.

**IT IS SO ORDERED**.

Dated:  June 24, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge